| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert J. Feinstein (Admitted Pro Hac Vice)<br>Alan J. Kornfeld (CA Bar No. 130063)<br>Jeffrey W. Dulberg (CA Bar No. 181200)<br>Elissa A. Wagner (CA Bar No. 213589)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910 \| Facsimile: 310/201-0760<br>E-mail:   rfeinstein@pszjlaw.com<br>          akornfeld@pszjlaw.com<br>          jdulberg@pszjlaw.com<br>          ewagner@pszjlaw.com<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* Official Committee of Unsecured Creditors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,<br><br>                                                      Debtor(s) | CASE NO.: 8:15-bk-15311-MW<br>CHAPTER: 11<br>ADV NO.:  8:17-ap-01012-MW<br>Jointly Administered |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FREEDOM COMMUNICATIONS, INC., et al.,<br><br>                                                      Plaintiff(s),<br>vs.<br>AARON KUSHNER, etc., et al.<br><br>                                                      Defendant(s). | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*):<br><br>**DEFENDANTS RICHARD J. COVELLI, JTR, LLC, C2 ADVISORS, LLC, AND C & C MARKETING LLC'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES** |

PLEASE TAKE NOTE that the order titled  **ORDER DENYING MOTION FOR SUMMARY JUDGMENT**

**WITHOUT PREJUDICE**

was lodged on (*date*)  **September 18, 2019**  and is attached. This order relates to the motion which is

docket no. **133**.

---

[1] Please abbreviate if title cannot fit into text field.

# EXHIBIT A

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 2      **F 9021-1.2.ADV.NOTICE.LODGMENT**
DOCS_LA:315732.2 29266/002

Robert J. Feinstein (Admitted Pro Hac Vice)
Alan J. Kornfeld (CA Bar No. 130063)
Jeffrey W. Dulberg (CA Bar No. 181200)
Elissa A. Wagner (CA Bar No. 213589)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone:  310/277-6910
Facsimile:  310/201-0760
Email:    rfeinstein@pszjlaw.com
          akornfeld@pszjlaw.com
          jdulberg@pszjlaw.com
          ewagner@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,<br><br>    Debtors and<br>    Debtors-in-Possession. | Case No.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>Adv. No. 8:17-ap-01012-MW<br><br>Jointly Administered |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FREEDOM COMMUNICATIONS, INC., ET AL., on behalf of FREEDOM COMMUNICATIONS, INC., FREEDOM COMMUNICATIONS HOLDINGS, INC. and 2100 FREEDOM, INC.,<br><br>        Plaintiff,<br>    v.<br><br>AARON KUSHNER, ERIC SPITZ, RICHARD J. COVELLI, TRACI M. CHRISTIAN, LARRY P. CHINN, JTR, LLC, C & C MARKETING LLC, C2 ADVISORS, LLC, ETAROS ACTUARIAL SERVICES LLC and FINANCIAL INSTITUTION CONSULTING CORPORATION,<br><br>        Defendants. | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT WITHOUT PREJUDICE**<br><br>Date:     September 18, 2019<br>Time:     9:00 a.m.<br>Judge:    The Honorable Mark S. Wallace<br>Court:    Courtroom 6C<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

DOCS_LA:324525.1 29266/002

This matter having come before the Court on *Defendants Richard J. Covelli, JTR, LLC, C2 Advisors, LLC and C&C Marketing LLC's Motion for Summary Judgment* [Docket No. 133] ("Motion"); and the Court having considered the Motion, the Official Committee of Unsecured Creditors' opposition to the Motion [Docket No. 148] ("Opposition"), the reply in support of the Motion [Docket No. 155] ("Reply"), the additional materials submitted by the parties in connection with the Motion, Opposition and Reply, and the arguments presented by counsel at the hearing on the Motion; and after due deliberation it appearing that good cause exists to deny the relief requested in the Motion without prejudice,

**IT IS HEREBY ORDERED** that:

1. The Motion is DENIED WITHOUT PREJUDICE under Fed. R. Civ. P. 56(d) for the reasons stated in the Court's tentative ruling on the Motion, which the Court adopts as its final ruling on the Motion.
2. No renewed motion for summary judgment may be filed by Richard J. Covelli, JTR, LLC, C2 Advisors, LLC and C&C Marketing LLC prior to March 15, 2020.

####

-2-

DOCS_LA:324525.1 29266/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify* **NOTICE OF LODGMENT OF ORDER IN AN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document on **September 18, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Erinn M Contreras    econtreras@sheppardmullin.com, nsaucedo@sheppardmullin.com
- Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- Alan J Friedman    afriedman@shbllp.com, lgauthier@shbllp.com
- Matthew T Furton    mfurton@lockelord.com, cpaul@lockelord.com;chicagodocket@lockelord.com
- Alan J Kornfeld    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- Robert S Marticello    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- Marc S Pfeuffer    pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- Christopher B Queally    cqueally@callahan-law.com, jluirette@callahan-law.com
- James M Sabovich    jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- George E Schulman    GSchulman@DGDK.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Elissa A Wagner    ewagner@pszjlaw.com
- Brandon J Witkow    bw@witkowlaw.com, tg@witkowlaw.com

☐ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 18, 2019**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Mark S Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 18, 2019 | Melisa DesJardien | */s/ Melisa DesJardien* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.ADV.NOTICE.LODGMENT**
DOCS_LA:315732.2 29266/002