Robert J. Feinstein (Pro Hac Vice)
Alan J. Kornfeld (CA Bar No. 130063)
Jeffrey W. Dulberg (CA Bar No. 181200)
Elissa A. Wagner (CA Bar No. 213589)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:    rfeinstein@pszjlaw.com
          akornfeld@pszjlaw.com
          jdulberg@pszjlaw.com
          ewagner@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al.,<br><br>Debtors and<br>Debtors-in-Possession. | Case No.: 8:15-bk-15311-MW<br><br>Chapter 11<br><br>Jointly Administered<br><br>Adv. No. 8:17-ap-01012-MW |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FREEDOM COMMUNICATIONS, INC., ET AL., on behalf of FREEDOM COMMUNICATIONS, INC., FREEDOM COMMUNICATIONS HOLDINGS, INC. and 2100 FREEDOM, INC.,<br><br>Plaintiff,<br>v.<br><br>AARON KUSHNER, ERIC SPITZ, RICHARD J. COVELLI, TRACI M. CHRISTIAN, LARRY P. CHINN, JTR, LLC, C & C MARKETING LLC, C2 ADVISORS, LLC, ETAROS ACTUARIAL SERVICES LLC and FINANCIAL INSTITUTION CONSULTING CORPORATION,<br><br>Defendants. | **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATUS REPORT REGARDING ADVERSARY PROCEEDING**<br><br>**Status Conference Date and Time:**<br>Date:  September 15, 2021<br>Time:  9:00 a.m.<br><br>Place:  Courtroom 6C<br>        411 West Fourth Street<br>        Santa Ana, CA 92701<br><br>Judge:  Honorable Mark S. Wallace |

The Official Committee of Unsecured Creditors ("OCUC") appointed in the chapter 11 cases of the above-captioned debtors (the "Debtors") respectfully submits this status report regarding the

DOCS_LA:339654.1 29266/002

above-captioned adversary proceeding (the "Adversary Proceeding") in advance of the status conference presently scheduled for 9:00 a.m. on September 15, 2021.

In the Adversary Proceeding, the OCUC asserted claims against the following defendants: (i) Larry P. Chinn and Financial Institution Consulting Corporation (the "Chinn Defendants"); (ii) Aaron B. Kushner and Eric J. Spitz ("Kushner/Spitz"); (iii) Traci M. Christian and Etaros Actuarial Services LLC (the "Christian Defendants"); and (iv) Richard J. Covelli, JTR, LLC, C2 Advisors, LLC and C&C Marketing LLC (the "Covelli Defendants").  In a related proceeding in the United States District Court for the Central District of California, captioned as *Pension Benefit Guaranty Corporation v. Spitz, et al.*, Case No. 8:19-cv-00299-DOC-DFM (C.D. Cal.) (the "PBGC Action"), the Pension Benefit Guaranty Corporation ("PBGC") asserted various claims against Kushner/Spitz, the Christian Defendants, and the Covelli Defendants. On January 6, 2020, the District Court withdrew the reference of the Adversary Proceeding and consolidated the Adversary Proceeding with the PBGC Action. *See, e.g.,* 01/06/20 Hrg. Tr. [C.D. Cal. D.I. 95] at 18:5-7 (... I'm inclined to withdraw the reference, and I'm going to withdraw the reference on today's date without further argument in this matter.").

The claims asserted against the Covelli Defendants (the "Covelli Claims") are the only claims that remain at issue in the consolidated proceedings.  The claims asserted against the Chinn Defendants, Kushner/Spitz, and the Christian Defendants were resolved as follows:

- On August 1, 2018, the Court approved a settlement between the OCUC, the PBGC, and the Chinn Defendants [D.I. 1517].  The Chinn Defendants were dismissed from the Adversary Proceeding on October 9, 2018 [Adv. D.I. 106].

- On September 25, 2019, the Court approved a settlement between the OCUC, the PBGC, and Kushner/Spitz [D.I. 1584].  A condition of the settlement requiring a "good faith" determination by the District Court was waived by the parties, and the effective date of the Kushner/Spitz settlement occurred on January 10, 2020.  Kushner and Spitz were dismissed from the consolidated proceedings on January 31, 2020 [C.D. Cal. D.I. 105].

- On May 19, 2020, the District Court entered judgment against the Christian Defendants [C.D. Cal. D.I. 147].

With respect to the Covelli Claims, the OCUC, the PBGC and the Debtors entered into an agreement on November 22, 2019 pursuant to which the Covelli Claims asserted by the OCUC were assigned to the PBGC. The Court approved that agreement on January 13, 2020 [D.I. 1609].

On February 6, 2020, Richard J. Covelli and two of his entities – JTR, LLC and C2 Advisors, LLC – commenced chapter 7 bankruptcy proceedings in the Western District of North Carolina. *See, e.g.,* C.D. Cal. D.I. 108-110. As set forth in a status report filed by the PBGC on August 12, 2021 in the District Court ("PBGC Status Report"), a copy of which is attached hereto as **Exhibit A**, the PBGC continued to pursue the Covelli Claims in the North Carolina bankruptcy proceedings, and entered into a settlement agreement with Mr. Covelli and related parties in early 2021. The settlement agreement provides that the PBGC will receive an allowed unsecured claim against Mr. Covelli, JTR, LLC and C2 Advisors, LLC for $6,645,541 in exchange for the PBGC's release of its claims against the Covelli Defendants. *See* Ex. A at pg. 2.

The United States Bankruptcy Court for the Western District of North Carolina approved the settlement agreement in May 2021. *See* Ex. A at pgs. 2-3. As set forth in the PBGC Status Report, "[a]fter the payments and other terms in the Settlement Agreement are satisfied, PBGC will file in this consolidated proceeding a Notice of Dismissal under FRCP 41(a) of its claims against the Covelli Defendants." *Id.* at pg. 3.

Dated: September 1, 2021        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Alan J. Kornfeld*
Robert J. Feinstein
Alan J. Kornfeld
Jeffrey W. Dulberg
Elissa A. Wagner

Counsel for the Official Committee of Unsecured Creditors

-3-

DOCS_LA:339654.1 29266/002

# EXHIBIT A

F. RUSSELL DEMPSEY
General Counsel
CHARLES L. FINKE
Deputy General Counsel
JOEL W. RUDERMAN
Assistant General Counsel
CAROLYN J. LACHMAN
KYLE T. SVENDSEN
Attorneys
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C. 20005-4026
Tel.: (202) 229-3926
Fax: (202) 326-4138
Email: ruderman.joel@pbgc.gov *and*
efile@pbgc.gov

*Attorneys for Plaintiff*
PENSION BENEFIT GUARANTY CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee of The Retirement Plan of Freedom Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AARON KUSHNER, ERIC SPITZ, RICHARD COVELLI, TRACI M. CHRISTIAN, JTR, LLC, C&C MARKETING LLC, C2 ADVISORS, LLC, and ETAROS ACTUARIAL SERVICES, LLC. <br><br> Defendants. | Civil Action No.: 8:19-cv-00299 <br><br> **STATUS REPORT** |

1

On May 19, 2020, the Court ordered Plaintiff Pension Benefit Guaranty Corporation ("PBGC") to file a Status Report every 30 days as to the status of the defendants in bankruptcy, Richard Covelli, JTR, LLC, and C2 Advisors, LLC (the "Covelli Defendants"). Accordingly, PBGC hereby submits its fifteenth Status Report.

As of August 11, 2021, the bankruptcy proceedings are ongoing for each of the Covelli Defendants in the Western District of North Carolina. PBGC timely filed a claim in each of the three proceedings for its claims against the Covelli Defendants previously asserted in this consolidated proceeding.

On December 10, 2020, PBGC filed a complaint to determine the dischargeability of debts owed by Richard Covelli under 11 U.S.C. § 523 and Bankruptcy Rule 4007. On January 6, 2021, and again on March 11, 2021, Mr. Covelli and PBGC filed consent orders to extend the time for Mr. Covelli to respond to the Complaint to facilitate settlement discussions.

On April 23, 2021, PBGC moved jointly with the Chapter 7 Trustees (the "Chapter 7 Trustees") to the Covelli Defendants' bankruptcy estates, Richard Covelli, Susan Covelli, Jeff Covelli, and Tom Covelli for entry of an order in each of the Covelli Defendants' bankruptcy cases approving a settlement agreement (the "Settlement Agreement") among the aforementioned parties. Under the Settlement Agreement, among other terms, PBGC will receive an allowed unsecured claim against each of the Covelli Defendants for $6,645,541 arising from its claims previously asserted in this consolidated proceeding, in exchange for PBGC releasing its claims against the Covelli Defendants. The amount of PBGC's allowed claim is the estimated amount of all funds received by Mr. Covelli relating to the PBGC's claims in this proceeding.

On May 12, 2021, the United States Bankruptcy Court for the Western District of North Carolina entered in the JTR, LLC bankruptcy proceeding an order approving the Settlement Agreement. On May 19, 2021, the United States

1  Bankruptcy Court for the Western District of North Carolina entered orders in the
2  bankruptcy cases of Richard Covelli and C2 Advisors, LLC approving the
3  Settlement Agreement. After the payments and other terms in the Settlement
4  Agreement are satisfied, PBGC will file in this consolidated proceeding a Notice of
5  Dismissal under FRCP 41(a) of its claims against the Covelli Defendants.

Dated:  August 12, 2021                    Respectfully submitted,

PENSION BENEFIT GUARANTY
CORPORATION

By:    /s/ Joel W. Ruderman

Joel W. Ruderman
Assistant General Counsel
Office of the General Counsel
1200 K Street NW
Washington, DC  20005
Telephone: (202) 229-3926
Facsimile: (202) 326-4138
Emails:  ruderman.joel@pbgc.gov
             efile@pbgc.gov

Attorney for Plaintiff PENSION BENEFIT
GUARANTY CORPORATION

# PROOF OF SERVICE

I hereby certify that, on this 12th day of August, 2021, the foregoing **Status Report** was served on the following in the manner indicated:

| | |
|---|---|
| **Alan J. Kornfeld**<br>**Elissa A. Wagner**<br>Pachulski Stang Ziehl and Jones LLP<br>10100 Santa Monica Boulevard, Suite 1300<br>Los Angeles, CA 90067-4100<br>Email: akornfeld@pszjlaw.com<br><br>Counsel for the Official Committee of Unsecured Creditors of Freedom Communications, Inc.<br>via CM/ECF | **Cory A Baskin**<br>**Erin Cranman Witkow**<br>**Brandon J Witkow**<br>Witkow Baskin<br>21031 Ventura Boulevard Suite 603<br>Woodland Hills, CA 91364<br>Email: cb@witkowlaw.com<br>        ew@witkowlaw.com<br>        bw@witkowlaw.com<br><br>Counsel for Defendants Traci M. Christian and Etaros Actuarial Services, LLC<br>Via CM/ECF |
| **Alexander H. Cote**<br>**Margaret E. Dayton**<br>**William H. Forman**<br>Scheper Kim and Harris LLP<br>800 West Sixth Street, 18th Floor<br>Los Angeles, CA 90017-2701<br>Email: acote@scheperkim.com<br>        pdayton@scheperkim.com<br>        wforman@scheperkim.com<br><br>Counsel for Defendant Richard J. Covelli, JTR, LLC, C and C Marketing LLC, and C2 Advisors, LLC<br>Via CM/ECF | **Robert S. Marticello**<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br>Email: rmarticello@swelawfirm.com<br>Via Email<br><br>Counsel for Defendant Richard J. Covelli, JTR, LLC, C and C Marketing LLC, and C2 Advisors, LLC<br>Via Email |

/s/ Joel W. Ruderman
Joel W. Ruderman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify* **OFFICIAL COMMITTEE OF UNSECURED CREDITORS' STATUS REPORT REGARDING ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document on **September 1, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Erinn M Contreras**    econtreras@sheppardmullin.com, nsaucedo@sheppardmullin.com
- **Raphael Cung**    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Matthew T Furton**    mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com
- **Alan J Kornfeld**    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Marc S Pfeuffer**    pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Christopher B Queally**    cqueally@callahan-law.com, jluirette@callahan-law.com
- **James M Sabovich**    jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **George E Schulman**    GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Elissa A Wagner**    ewagner@pszjlaw.com
- **Brandon J Witkow**    bw@witkowlaw.com, tg@witkowlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **September 1, 2021**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Via Federal Express*
The Honorable Mark S Wallace
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 1, 2021 | Diane H. Hinojosa | /s/ *Diane H. Hinojosa* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:303995.4 29266/002