Robert J. Feinstein (Pro Hac Vice)
Alan J. Kornfeld (CA Bar No. 130063)
Jeffrey W. Dulberg (CA Bar No. 181200)
Elissa A. Wagner (CA Bar No. 213589)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email:    rfeinstein@pszjlaw.com
          akornfeld@pszjlaw.com
          jdulberg@pszjlaw.com
          ewagner@pszjlaw.com

Counsel for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No.: 8:15-bk-15311-TA |
| FREEDOM COMMUNICATIONS, INC., a Delaware corporation, et al., | Chapter 11 |
| | Jointly Administered |
| Debtors and Debtors-in-Possession. | Adv. No. 8:17-ap-01012-TA |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF FREEDOM COMMUNICATIONS, INC., ET AL., on behalf of FREEDOM COMMUNICATIONS, INC., FREEDOM COMMUNICATIONS HOLDINGS, INC. and 2100 FREEDOM, INC., | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| Plaintiff, | |
| v. | |
| AARON KUSHNER, ERIC SPITZ, RICHARD J. COVELLI, TRACI M. CHRISTIAN, LARRY P. CHINN, JTR, LLC, C & C MARKETING LLC, C2 ADVISORS, LLC, ETAROS ACTUARIAL SERVICES LLC and FINANCIAL INSTITUTION CONSULTING CORPORATION, | |
| Defendants. | |

DOCS_LA:342619.1 29266/002

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as made applicable herein by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Official Committee of Unsecured Creditors ("OCUC") appointed in the chapter 11 cases of the above-captioned debtors ("Debtors") hereby gives notice of the voluntary dismissal, with prejudice, of the above-captioned adversary proceeding (the "Adversary Proceeding").

In the Adversary Proceeding, the OCUC asserted claims against the following defendants: (i) Larry P. Chinn and Financial Institution Consulting Corporation (the "Chinn Defendants"); (ii) Aaron B. Kushner and Eric J. Spitz ("Kushner/Spitz"); (iii) Traci M. Christian and Etaros Actuarial Services LLC (the "Christian Defendants"); and (iv) Richard J. Covelli, JTR, LLC, C2 Advisors, LLC and C&C Marketing LLC (the "Covelli Defendants").  In a related proceeding in the United States District Court for the Central District of California, captioned as *Pension Benefit Guaranty Corporation v. Spitz, et al.*, Case No. 8:19-cv-00299-DOC-DFM (C.D. Cal.) (the "PBGC Action"), the Pension Benefit Guaranty Corporation ("PBGC") asserted various claims against Kushner/Spitz, the Christian Defendants, and the Covelli Defendants. On January 6, 2020, the District Court withdrew the reference of the Adversary Proceeding and consolidated the Adversary Proceeding with the PBGC Action (collectively, the "Consolidated Actions"). *See* C.D. Cal. D.I. 95 at 18:5-7 (... I'm inclined to withdraw the reference, and I'm going to withdraw the reference on today's date without further argument in this matter.").

All of the claims asserted in the Consolidated Actions have now been resolved.  The Chinn Defendants were dismissed from the Adversary Proceeding [Adv. D.I. 106] on October 9, 2018 pursuant to a settlement agreement approved by the Bankruptcy Court [Bankr. D.I. 1517] in August 2018.  Kushner/Spitz were dismissed from the Consolidated Actions [C.D. Cal. D.I. 105] on January 31, 2020 pursuant to a settlement agreement approved by the Bankruptcy Court [Bankr. D.I. 1584] in September 2019.  On May 19, 2020, the District Court entered judgment against the Christian Defendants [C.D. Cal. D.I. 147].

With respect to the claims asserted against the Covelli Defendants ("Covelli Claims"), the OCUC, the PBGC and the Debtors entered into an agreement on November 22, 2019 pursuant to which

-2-

DOCS_LA:342619.1 29266/002

the Covelli Claims asserted by the OCUC were assigned to the PBGC. The Bankruptcy Court approved that agreement on January 13, 2020 [Bankr. D.I. 1609].

On February 6, 2020, Richard J. Covelli and two of his entities – JTR, LLC and C2 Advisors, LLC – commenced chapter 7 bankruptcy proceedings in the Western District of North Carolina. *See, e.g.,* C.D. Cal. D.I. 108-110. The PBGC continued to pursue the Covelli Claims in the North Carolina bankruptcy proceedings, and entered into a settlement agreement with Mr. Covelli and related parties in early 2021. As set forth in a status report filed by the PBGC in the District Court in November 2021, the United States Bankruptcy Court for the Western District of North Carolina approved the settlement agreement in May 2021 and the PBGC has now received final settlement payments pursuant to the agreement. *See, e.g.,* C.D. Cal. D.I. 169 at pgs. 2-3.

On December 13, 2021, the PBGC filed its notice of dismissal, with prejudice, of the Consolidated Actions in the District Court [C.D. Cal. D.I. 170], a copy of which is attached hereto as **Exhibit A**. As there are no remaining claims at issue in the Adversary Proceeding, the OCUC hereby voluntarily dismisses the Adversary Proceeding with prejudice.

Dated:  March 1, 2022  PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Alan J. Kornfeld*
Robert J. Feinstein
Alan J. Kornfeld
Jeffrey W. Dulberg
Elissa A. Wagner

Counsel for the Official Committee of Unsecured Creditors

-3-

DOCS_LA:342619.1 29266/002

# EXHIBIT A

```
 1  F. RUSSELL DEMPSEY
    General Counsel
 2  CRAIG T. FESSENDEN
 3  Deputy General Counsel
    JOEL W. RUDERMAN
 4  Assistant General Counsel
    CAROLYN J. LACHMAN
 5  Attorney
 6  PENSION BENEFIT GUARANTY CORPORATION
    1200 K Street, N.W.
 7  Washington, D.C. 20005-4026
    Tel.: (202) 229-3926
 8  Fax: (202) 326-4138
 9  Email: ruderman.joel@pbgc.gov and
    efile@pbgc.gov
10
11
    Attorneys for Plaintiff
12  PENSION BENEFIT GUARANTY CORPORATION
13
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION, as statutory trustee of The Retirement Plan of Freedom Communications, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AARON KUSHNER, ERIC SPITZ, RICHARD COVELLI, TRACI M. CHRISTIAN, JTR, LLC, C&C MARKETING LLC, C2 ADVISORS, LLC, and ETAROS ACTUARIAL SERVICES, LLC. <br><br> Defendants. | Civil Action No.: 8:19-cv-00299 <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Pension Benefit Guaranty Corporation ("PBGC") and its counsel hereby give notice that defendants Richard Covelli, JTR, LLC, and C2 Advisors, LLC (the "Covelli Defendants") are hereby voluntarily dismissed, with prejudice, in *PBGC v. Spitz, et al.*, Case No. 8:19-cv-00299 and *Official Committee of Unsecured Creditors of Freedom Communications, Inc., et al. v. Kushner, et al.*, Adv. No. 8:17-ap-01012, consolidated herein (the "Consolidated Actions").

    The Covelli Defendants were the only remaining defendants in the Consolidated Actions. Accordingly, with this Notice, PBGC is also voluntarily dismissing the Consolidated Actions.

Dated:  December 13, 2021      Respectfully submitted,

By:   */s/ Joel W. Ruderman*

F. RUSSELL DEMPSEY
General Counsel
CRAIG T. FESSENDEN
Deputy General Counsel
JOEL W. RUDERMAN
Assistant General Counsel
CAROLYN J. LACHMAN
Attorney
PENSION BENEFIT GUARANTY CORPORATION
1200 K Street, N.W.
Washington, D.C.  20005-4026
Tel.: (202) 229-3926
Fax: (202) 326-4138
Email: ruderman.joel@pbgc.gov *and*
efile@pbgc.gov

Attorneys for Plaintiff PENSION BENEFIT GUARANTY CORPORATION

# PROOF OF SERVICE

I hereby certify that, on this 13th day of December, 2021, the foregoing **Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)** was served on the following in the manner indicated:

| | |
|---|---|
| **Alan J. Kornfeld**<br>**Elissa A. Wagner**<br>Pachulski Stang Ziehl and Jones LLP<br>10100 Santa Monica Boulevard, Suite 1300<br>Los Angeles, CA 90067-4100<br>Email: akornfeld@pszjlaw.com<br><br>Counsel for the Official Committee of Unsecured Creditors of Freedom Communications, Inc.<br>via CM/ECF | **Cory A Baskin**<br>**Erin Cranman Witkow**<br>**Brandon J Witkow**<br>Witkow Baskin<br>21031 Ventura Boulevard Suite 603<br>Woodland Hills, CA 91364<br>Email: cb@witkowlaw.com<br>        ew@witkowlaw.com<br>        bw@witkowlaw.com<br><br>Counsel for Defendants Traci M. Christian and Etaros Actuarial Services, LLC<br>Via CM/ECF |
| **Alexander H. Cote**<br>**Margaret E. Dayton**<br>**William H. Forman**<br>Scheper Kim and Harris LLP<br>800 West Sixth Street, 18th Floor<br>Los Angeles, CA 90017-2701<br>Email: acote@scheperkim.com<br>        pdayton@scheperkim.com<br>        wforman@scheperkim.com<br><br>Counsel for Defendant Richard J. Covelli, JTR, LLC, C and C Marketing LLC, and C2 Advisors, LLC<br>Via CM/ECF | **Robert S. Marticello**<br>Smiley Wang-Ekvall, LLP<br>3200 Park Center Drive, Suite 250<br>Costa Mesa, CA 92626<br>Email: rmarticello@swelawfirm.com<br>Via Email<br><br>Counsel for Defendant Richard J. Covelli, JTR, LLC, C and C Marketing LLC, and C2 Advisors, LLC<br>Via Email |

/s/ Joel W. Ruderman
Joel W. Ruderman

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA  90067**

A true and correct copy of the foregoing document entitled (*specify*):  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 1, 2022,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **March 1, 2022,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 1, 2022,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**VIA FEDERAL EXPRESS**
United States Bankruptcy Court
Central District of California
Attn:  Hon. Mark S. Wallace
Ronald Reagan Federal Building & Courthouse
411 West Fourth Street, Suite 6135
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 1, 2022 | Gini L. Downing | /s/ *Gini L. Downing* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:342619.1 29266/002

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Erinn M Contreras**    econtreras@sheppardmullin.com, dcorpus@sheppardmullin.com
- **Raphael Cung**    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- **Alan J Friedman**    afriedman@shulmanbastian.com, lgauthier@shulmanbastian.com
- **Matthew T Furton**    mfurton@lockelord.com, Donna.Mathis@lockelord.com;autodocket@lockelord.com
- **Alan J Kornfeld**    akornfeld@pszjlaw.com, mdj@pszjlaw.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **Marc S Pfeuffer**    pfeuffer.marc@pbgc.gov, efile@pbgc.gov
- **Christopher B Queally**    cqueally@callahan-law.com, jluirette@callahan-law.com
- **James M Sabovich**    jsabovich@callahan-law.com, ksalour@callahan-law.com;jkirwin@callahan-law.com;rcung@callahan-law.com;bmccormack@callahan-law.com;erichards@callahan-law.com;SRobinson@callahan-law.com
- **George E Schulman**    GSchulman@DanningGill.Com, danninggill@gmail.com;gschulman@ecf.inforuptcy.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Elissa A Wagner**    ewagner@pszjlaw.com
- **Brandon J Witkow**    bw@witkowlaw.com, tg@witkowlaw.com

-2-